Jordan Jerrold **RATTAT**, Appellant,

v.

**UNITED STATES** of America,
Appellee.

No. 25608.

United States Court of Appeals
Fifth Circuit.

Sept. 17, 1969.

Philip S. Goldin, Miami, Fla., Engel & Pollack, Miami, Fla., for appellant.

Donald I. Bierman, Asst. U. S. Atty., William A. Meadows, Jr., U. S. Atty., by Neal R. Sonnett, Asst. U. S. Atty., Miami, Fla., for appellee.

Before WISDOM, GODBOLD and SIMPSON, Circuit Judges.

PER CURIAM:

This appeal is from a conviction on two counts of violation of 26 U.S.C.A. § 4744(a) (1) (1964), for failure of a transferee of marihuana to pay the transfer tax thereon. We withheld a decision pending the outcome of Leary v. United States, 395 U.S. 6, 89 S.Ct. 1532, 23 L.Ed.2d 57 (1969) and United States v. Covington, 395 U.S. 57, 89 S.Ct. 1559, 23 L.Ed.2d 94 (1969). The government concedes that these decisions require reversal of appellant's conviction.

Reversed.

**PROIE BROTHERS, INC.**, a Pennsylvania corporation and John Proie

v.

Frank **PROIE**, Appellant.

No. 17701.

United States Court of Appeals
Third Circuit.

Argued May 6, 1969.

Decided May 15, 1969.

Gilbert E. Morcroft, Pittsburgh, Pa., for appellant.

Joseph W. Conway, Suto, Power, Balzarini & Walsh, Pittsburgh, Pa., for appellee.

OPINION OF THE COURT

Before McLAUGHLIN, KALODNER and VAN DUSEN, Circuit Judges.

PER CURIAM:

In this suit for breach of contract where the jury returned a verdict for plaintiffs, defendant challenges the District Court judgment of October 18, 1968, entered on the verdict, and its order of December 3, 1968, denying a new trial sought due to alleged error in the denial by the trial judge of a motion made on the last day of the trial to amend the Answer by adding an alternative defense based on facts allegedly known to all parties for many years prior to trial.

After careful consideration of the record, as well as the able briefs and oral arguments of counsel, we will affirm the District Court judgment of October 18, 1968, for the reasons clearly stated in the December 3, 1968, opinion of Judge Marsh, 301 F.Supp. 680.[1]

1. Also, we note the following recent case cited by counsel during the oral argu-

ment: Albee Homes, Inc. v. Lutman, 406 F.2d 11, 13–14 (3rd Cir. 1969).